404 A.2d 1354

Commonwealth v. Davey, Appellant.

Submitted September 15, 1978. Paul Sotak, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the court below.

404 A.2d 1355

Commonwealth v. Frederick, Appellant.

Submitted December 6, 1977. John A. Goldstein, for appellant; John B. Stevens, Jr., Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.